# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

October 12, 2007

To:   **James Attridge**
**Law Office of James Attridge**
**The Fox Plaza**
**1390 Market Street, Suite 1204**
**San Francisco, CA 94111**

**Michael Sullivan McDaniel**
**Geoffrey Woods Gill**
**Countryman & McDaniel**
**LAX Airport Center, Eleventh Floor**
**5933 West Century Blvd.**
**Los Angeles, CA 90045**

Re: One Beacon Insurance Company v. Haas Industries, Inc. - C07-3540 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for October 22, 2007 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form due by October 17, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:   Lashanda Scott
Courtroom Deputy

N:\wp{wp}.bk1