1  **COUNTRYMAN & McDANIEL**
   MICHAEL S. McDANIEL   [State Bar No. 66774]
2  cargolaw@aol.com
   GEOFFREY W. GILL     [State Bar No. 163621]
3  gwg@cargolaw.com
   LAX Airport Center, Eleventh Floor
4  5933 West Century Boulevard
   Los Angeles, California  90045
5  Telephone: (310) 342-6500
   Facsimile: (310) 342-6505
6
   Attorneys for defendant
7  HAAS INDUSTRIES, INC.

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

10

11 ONE BEACON INSURANCE COMPANY, ) **CASE NO. 3:07-CV-03540-BZ**
   a corporation,               )
12                              ) **NOTICE AND [PROPOSED] ORDER TO**
             Plaintiff,         ) **APPEAR TELEPHONICALLY AT CASE**
13                              ) **MANAGEMENT CONFERENCE**
        vs.                     )
14                              ) Date: 10/29/07
   HAAS INDUSTRIES, INC., a     ) Time: 4:00 P.M.
15 corporation,                 ) Judge: Hon. Bernard Zimmerman
                                )
16           Defendants.        )
   _____)
17

18      TO THE COURT AND TO ALL PARTIES IN THIS ACTION:

19      PLEASE TAKE NOTICE that having no objection from the Court or

20 from plaintiff's counsel, defendant's counsel, Geoffrey W. Gill,

21 will be appearing telephonically on the Case Management Conference

22 scheduled for October 29, 2007 at 4:00 p.m.  Mr. Gill can be

23 reached at (310) 342-6500.

24

25 ///

26 ///

27 ///

28 ///

- 1 -
L:\Cases\HAAS\One Beacon\Notice of Telephonic Appearance.wpd
NOTICE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

Dated: August 27, 2007          **COUNTRYMAN & McDANIEL**
                                MICHAEL S. McDANIEL
                                GEOFFREY W. GILL


                         By:    /S/ Geoffrey W. Gill
                                MICHAEL S. McDANIEL
                                Attorneys for defendant
                                HAAS INDUSTRIES, INC.


### [PROPOSED] ORDER

IT IS HEREBY ORDERED that counsel for defendant HAAS INDUSTRIES, INC. may telephonically appear at the Case Management Conference.


Dated: _____, 2007

                                _____
                                UNITED STATES DISTRICT COURT JUDGE