1  **COUNTRYMAN & McDANIEL**
   MICHAEL S. McDANIEL  [State Bar No. 66774]
2  cargolaw@aol.com
   GEOFFREY W. GILL    [State Bar No. 163621]
3  gwg@cargolaw.com
   LAX Airport Center, Eleventh Floor
4  5933 West Century Boulevard
   Los Angeles, California  90045
5  Telephone: (310) 342-6500
   Facsimile: (310) 342-6505
6
   Attorneys for defendant
7  HAAS INDUSTRIES, INC.

8                **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

10

11 ONE BEACON INSURANCE COMPANY, ) **CASE NO. 3:07-CV-03540-BZ**
   a corporation,                )
12                               ) **HAAS INDUSTRIES, INC.'S NOTICE**
            Plaintiff,            ) **OF INTERESTED PARTIES**
13                               )
      vs.                        )
14                               )
   HAAS INDUSTRIES, INC., a      )
15 corporation,                  )
                                 )
16          Defendants.          )
   _____ )
17

18 **TO THE HONORABLE COURT AND ALL PARTIES:**

19     COMES NOW defendant HAAS INDUSTRIES, INC. ("HAAS") and

20 provides the following notice of interested parties:

21

22     The undersigned, counsel of record for HAAS, certifies that

23 the following listed parties have a direct, pecuniary interest in

24 the outcome of this case.  These representations are made to enable

25 the Court to evaluate possible disqualification or recusal.

26

27 ///

28 ///

- 1 -

L:\Cases\HAAS\One Beacon\Notice of Interested Parties.wpd

NOTICE OF INTERESTED PARTIES

1.   Roanoke Trade Services, Inc.

Dated: October 17, 2007             **COUNTRYMAN & McDANIEL**
                                    MICHAEL S. McDANIEL
                                    GEOFFREY W. GILL



                            By:  <u>/S/ Geoffrey W. Gill</u>
                                 GEOFFREY W. GILL
                                 Attorneys for defendant
                                 HAAS INDUSTRIES, INC.

- 2 -