UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONE BEACON INSURANCE COMPANY, a corporation,

    Plaintiff(s),

v.

HAAS INDUSTRIES, INC., a corporation,

    Defendant(s).

No. 3:07-CV-03540-BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 17, 2007

Signature: [signed] Geoffrey L. Ellis

Counsel for DEFENDANT
(Plaintiff, Defendant or indicate "pro se")