1 | **COUNTRYMAN & McDANIEL**
  | MICHAEL S. McDANIEL  [State Bar No. 66774]
2 | cargolaw@aol.com
  | GEOFFREY W. GILL   [State Bar No. 163621]
3 | gwg@cargolaw.com
  | LAX Airport Center, Eleventh Floor
4 | 5933 West Century Boulevard
  | Los Angeles, California  90045
5 | Telephone: (310) 342-6500
  | Facsimile: (310) 342-6505
6 |
  | Attorneys for defendant
7 | HAAS INDUSTRIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, a corporation, | **CASE NO. 3:07-CV-03540-BZ** |
| Plaintiff, | **NOTICE AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| HAAS INDUSTRIES, INC., a corporation, | Date: 10/29/07<br>Time: 4:00 P.M.<br>Judge: Hon. Bernard Zimmerman |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that having no objection from the Court or from plaintiff's counsel, defendant's counsel, Geoffrey W. Gill, will be appearing telephonically on the Case Management Conference scheduled for October 29, 2007 at 4:00 p.m.  Mr. Gill can be reached at (310) 342-6500.

///

///

///

///

— 1 —

L:\Cases\HAAS\One Beacon\Notice of Telephonic Appearance.wpd
NOTICE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

Dated: August 27, 2007         **COUNTRYMAN & McDANIEL**
                               MICHAEL S. McDANIEL
                               GEOFFREY W. GILL


                        By:    /S/ Geoffrey W. Gill
                               MICHAEL S. McDANIEL
                               Attorneys for defendant
                               HAAS INDUSTRIES, INC.


### [PROPOSED] ORDER

IT IS HEREBY ORDERED that counsel for defendant HAAS INDUSTRIES, INC. may telephonically appear at the Case Management Conference. He shall call the court at 4:00 p.m. at 415-522-4093.

Dated: __October 22____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Bernard Zimmerman — United States District Court, Northern District of California* (seal)