JAMES ATTRIDGE (SBN124003)
LAW OFFICE OF JAMES ATTRIDGE
1390 Market Street, Suite 1204
San Francisco, CA 94102
Telephone: (415) 552-3088
Facsimile: (415) 522-0513

Attorney for Plaintiff One Beacon Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, a corporation<br><br>Plaintiff,<br><br>v.<br><br>HAAS INDUSTRIES, INC., a corporation<br><br>Defendants | CASE NO. C o7 3540 BZ<br><br>**Consent to Appear Before Magistrate Judge** |

Plaintiff One Beacon Insurance Company hereby consents to the jurisdiction of the Magistrate Judge assigned.

Dated August 6, 2007

_____
James Attridge, Counsel for Plaintiff

1