**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **10/29/2007**

**C07-3540 BZ**

**One Beacon Insurance Company v. Haas Industries, Inc.**

Attorneys:   James Attridge     Geoffrey Gill and Michael Sullivan McDaniel (telephonic)

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Counsel requested that the hearing occur off the record.**

**PROCEEDINGS:**                                          **RULING:**

1. Initial Case Management Conference                        Matter Held
2. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Motion for Summary Judgment and Cross Motion for Summary Judgment set for March 19, 2008 at 10:00 a.m.  Plaintiff must add any additional parties by December 1, 2007.   Court trial set for July 1, 2008 at 8:30 a.m.

( XX ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court XX

(   ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
     (   ) By Court     (   ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date -                        Trial Date-
                                             Type of Trial:

Notes: _____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **10/29/2007**

**C07-3540 BZ**

**One Beacon Insurance Company v. Haas Industries, Inc.**

Attorneys:   James Attridge   Geoffrey Gill and Michael Sullivan McDaniel (telephonic)

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Counsel requested that the hearing occur off the record.**

**PROCEEDINGS:**                              **RULING:**

1. Initial Case Management Conference                     Matter Held
2. _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Motion for Summary Judgment and Cross Motion for Summary Judgment set for March 19, 2008 at 10:00 a.m.  Plaintiff must add any additional parties by December 1, 2007.  Court trial set for July 1, 2008 at 8:30 a.m.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court XX____

(    ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
     (   ) By Court     (   ) Parties to approach Magistrate in future
(   ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -              Trial Date-
                                   Type of Trial:

Notes:_____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **10/29/2007**

**C07-3540 BZ**

**One Beacon Insurance Company v. Haas Industries, Inc.**

Attorneys:    James Attridge      Geoffrey Gill and Michael Sullivan McDaniel (telephonic)

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Counsel requested that the hearing occur off the record.**

**PROCEEDINGS:**                                **RULING:**

1. Initial Case Management Conference                         Matter Held
2. _____

(  ) Status Conference      (  ) P/T Conference      (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Motion for Summary Judgment and Cross Motion for Summary Judgment set for March 19, 2008 at 10:00 a.m.  Plaintiff must add any additional parties by December 1, 2007.  Court trial set for July 1, 2008 at 8:30 a.m.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court XX____

(     ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
       (   ) By Court      (   ) Parties to approach Magistrate in future
(   ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -                    Trial Date-
                                         Type of Trial:

Notes:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **10/29/2007**

**C07-3540 BZ**

**One Beacon Insurance Company v. Haas Industries, Inc.**

Attorneys:   James Attridge   Geoffrey Gill and Michael Sullivan McDaniel (telephonic)

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**   Reporter: **Counsel requested that the hearing occur off the record.**

**PROCEEDINGS:**                                                                **RULING:**

1. Initial Case Management Conference                               Matter Held
2. _____   _____

( ) Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Motion for Summary Judgment and Cross Motion for Summary Judgment set for March 19, 2008 at 10:00 a.m.  Plaintiff must add any additional parties by December 1, 2007.   Court trial set for July 1, 2008 at 8:30 a.m.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court XX____

(     ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
        (   ) By Court       (   ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -                                Trial Date-
                                                     Type of Trial:

Notes:_____