1  JAMES ATTRIDGE (SBN124003)
   LAW OFFICE OF JAMES ATTRIDGE
2  1390 Market Street, Suite 1204
   San Francisco, CA  94102
3  Telephone: (415) 552-3088
   Facsimile:  (415) 522-0513
4
   Attorney for Plaintiff One Beacon Insurance
5  Company

6

7

8
                    UNITED STATES DISTRICT COURT
9
             NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO
10

11

| ONE BEACON INSURANCE COMPANY, a corporation | CASE NO.  3:07-CV-03540-BZ |
|---|---|
| Plaintiff, | **Stipulation Re: Authenticity of Evidence** |
| v. | |
| HAAS INDUSTRIES, INC., a corporation | |
| Defendants | |

Come now the undersigned counsel to the respective parties and so stipulate that the documents exchanged between them in the initial disclosures exchanged between them shall be deemed authenticated and that any such objection to their admission into evidence is waived.

Dated: January 21, 2008                                Dated: January 22 2008

_____                        _____

James Attridge, counsel for plaintiff                  Geoffrey Gill, counsel for defendant

1