1  JAMES ATTRIDGE [SBN NO. 124003]
   Business Trial Lawyer
2  The Fox Plaza, Suite 1204
   1390 Market Street
3  San Francisco, CA 94102
   Telephone:    (415) 552-3088
4
   Attorney for Plaintiff
5  ONEBEACON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ONEBEACON INSURANCE COMPANY, | Case No: C-07-3540 BZ (MEJ) |
|---|---|
| Plaintiff(s), | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT [FRCP 56(a)(b)]** |
| v. | |
| HAAS INDUSTRIES, INC., | |
| Defendant(s). | Date:       April 2, 2008<br>Time:       10:00 a.m.<br>Courtroom: Courtroom G |

TO DEFENDANT HAAS INDUSTRIES, INC. AND TO GEOFFREY W. GILL, ITS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on April 2, 2008, at 10:00 a.m. in Courtroom G of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, plaintiff ONEBEACON Insurance Company will and hereby does move the Court for summary judgment or, in the alternative, for partial summary judgment on the ground that there is no genuine issue of material fact and that the moving party is entitled to judgment as a matter of law for the reason that:

(1)    Plaintiff has established a *prima facie* case under the Carmack amendment to the Interstate Commerce Act in that its insured was the owner of freight tendered to the defendant for transportation in good order and condition, that a portion of that freight was never delivered,

---
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

1  and that the value of the freight exceeded the sum of $104,617.00, the rights to which the
2  plaintiff is entitled to recover in subrogation. 49 U.S.C. 14706(a).
3       In the alternative, plaintiff moves for partial summary judgment on the ground that there
4  is no genuine issue of material fact that and that the plaintiff is entitled to summary adjudication
5  in its favor of the defendants' sixteenth affirmative defense that its liability is limited for the
6  reason that defendant failed to satisfy the requirements of 49 U.S.C. 14706(c)(1) and *New York,*
7  *New Haven & Hartford R.R. v. Nothnagle,* 346 U.S. 128, 73 S.Ct. 986, 97 L.Ed. 1500 (1953)
8       This motion is based upon this Notice of Motion and Motion, the accompanying
9  Memorandum of Points and Authorities, the declarations of James Attridge, Gregory Coolidge
10 and John Turk, all pleadings and papers on files in this action, and upon such other matters as
11 may be presented to the Court at the time of the hearing.

                                    Respectfully submitted

DATED: February 27, 2008            JAMES ATTRIDGE


                              By:  _____*/s/ James Attridge*_____
                                   JAMES ATTRIDGE
                                   Attorney for Plaintiff
                                   ONEBEACON INSURANCE COMPANY

---

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT