1  JAMES ATTRIDGE [SBN NO. 124003]
   Business Trial Lawyer
2  The Fox Plaza, Suite 1204
   1390 Market Street
3  San Francisco, CA  94102
   Telephone:     (415) 552-3088
4
   Attorney for Plaintiff
5  ONEBEACON INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | ONEBEACON INSURANCE COMPANY, | Case No:  C-07-3540 BZ (MEJ)
12 |              Plaintiff(s),    | **JOINT STATEMENT OF UNDISPUTED FACTS**
13 |        v.                     |
14 | HAAS INDUSTRIES, INC.,         | Date:       April 2, 2008
15 |              Defendant(s).     | Time:       10:00 a.m.
                                     | Courtroom:  Courtroom G
16

17     1.     Plaintiff OneBeacon Insurance Company paid Professional Products, Inc.
18 $104,617 as compensation for the lost goods referenced in the Complaint and became subrogated
19 to its right to recover.
20     2.     On June 30, 2005, Haas Industries, Inc. accepted the shipment referenced in the
21 Complaint and issued the bill of lading produced by it in its early disclosures.
22     3.     The shipment delivered short.
23     4.     The value of the lost goods was $105,647.
24 ///
25 ///
26 ///
27 ///
28 ///

JOINT STATEMENT OF UNDISPUTED FACTS

5. On or about November 21, 2005, Haas Industries, Inc. issued its check 70906 to Omneon Video Networks in the sum of $88.00 in response to a claim filed by Omneon in connection with the loss referenced in the Complaint. Omneon cashed said check.

                                  Respectfully submitted

DATED: February 27, 2008        JAMES ATTRIDGE

By: _____*/s/ James Attridge*_____
      JAMES ATTRIDGE
      Attorney for Plaintiff
      ONEBEACON INSURANCE COMPANY

JOINT STATEMENT OF UNDISPUTED FACTS