1  JAMES ATTRIDGE [SBN NO. 124003]
   Business Trial Lawyer
2  The Fox Plaza, Suite 1204
   1390 Market Street
3  San Francisco, CA  94102
   Telephone:     (415) 552-3088
4
   Attorney for Plaintiff
5  ONEBEACON INSURANCE COMPANY

6

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 ONEBEACON INSURANCE COMPANY,          Case No:  C-07-3540 BZ (MEJ)

12          Plaintiff(s),               **SEPARATE STATEMENT OF
                                         UNDISPUTED FACTS**
13      v.

14 HAAS INDUSTRIES, INC.,
                                         Date:          April 2, 2008
15          Defendant(s).                Time:          10:00 a.m.
                                         Courtroom:     Courtroom G
16

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1.    The terms of the sale between Omneon and Professional Products, Inc. was FOB Omneon's dock. | 1.    Turk Declaration, para. 3 |
| 2.    Haas is licensed as a contract carrier, but not as a common carrier. | 2.    Attridge Declaration, Exhibit 1 (FMCSA Printout) |

                                  Respectfully submitted

DATED:  February 27, 2008        JAMES ATTRIDGE


                            By:  _____/s/ James Attridge_____
                                 JAMES ATTRIDGE
                                 Attorney for Plaintiff
                                 ONEBEACON INSURANCE COMPANY