1  JAMES ATTRIDGE [SBN NO. 124003]
   Business Trial Lawyer
2  The Fox Plaza, Suite 1204
   1390 Market Street
3  San Francisco, CA  94102
   Telephone:    (415) 552-3088
4
   Attorney for Plaintiff
5  ONEBEACON INSURANCE COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  ONEBEACON INSURANCE COMPANY,          Case No:  C-07-3540 BZ (MEJ)

12              Plaintiff(s),             DECLARATION OF JOHN TURK IN
                                          SUPPORT OF PLAINTIFF'S MOTION
13          v.                            FOR SUMMARY JUDGMENT OR, IN THE
                                          ALTERNATIVE, FOR PARTIAL
14  HAAS INDUSTRIES, INC.,                SUMMARY JUDGMENT

15              Defendant(s).

16                                        Date:        April 2, 2008
                                          Time:        10:00 a.m.
17                                        Courtroom:   Courtroom G

18          I, JOHN TURK, declare and state:

19          1.      At all times pertinent, I was Vice President of Omneon Video Networks

20  ("Omneon").  I know the following of my own personal knowledge and if called upon to do so,

21  could and would competently testify thereto.

22          2.      On or about June 30, 2005, Omneon retained the services of defendant Haas

23  Industries, Inc. ("Haas") to transport a shipment of high tech product for the account of

24  Professional Products, Inc. ("PPI") from our facility in Sunnyvale, California to its customer, the

25  City College of New York.

26          3.      The terms of sale between Omneon and PPI were FOB Omneon's dock.

27          4.      Despite the fact the risk of loss shifted to PPI, PPI initially refused to pay its bill.

28  ///

1       I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3       Executed on this 27th day of February, 2008, at Sunnyvale, California.

4

5                                                           _____
                                                                    /s/
6                                                              JOHN TURK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28