JAMES ATTRIDGE [SBN NO. 124003]
Business Trial Lawyer
The Fox Plaza, Suite 1204
1390 Market Street
San Francisco, CA 94102
Telephone:   (415) 552-3088

Attorney for Plaintiff
ONEBEACON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE COMPANY,<br><br>            Plaintiff(s),<br><br>   v.<br><br>HAAS INDUSTRIES, INC.,<br><br>            Defendant(s). | Case No:  C-07-3540 BZ (MEJ)<br><br>**DECLARATION OF GREGORY COOLIDGE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:          April 2, 2008<br>Time:         10:00 a.m.<br>Courtroom:  Courtroom G |

   I, GREGORY COOLIDGE, declare and state:

   1.     I am a Subrogation Consultant employed by plaintiff ONEBEACON Insurance Company ("ONEBEACON"). I know the following of my own personal knowledge and if called upon to do so, could and would competently testify thereto.

   2.     Pursuant to a claim filed by our insured Professional Products, Inc., ONEBEACON retained the services of Leizure Associates, Inc. to investigate the claim and adjust it accordingly.

   3.     Attached hereto as Exhibit 3 is a true and correct copy of the sworn statement in proof of loss executed by the insured. Attached hereto as Exhibit 4 is a true and correct copy of the Omneon Video Networks Invoice upon which the loss calculation was based.

   4.     Based upon this showing of proof, and further upon a $1,000 deductible in

---

DECLARATION OF GREGORY COOLIDGE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

1 | Professional Products, Inc.'s policy of insurance, ONEBEACON paid the insured $104,617, in
2 | settlement of its claim on January 5, 2006.
3 |  I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct.
5 |  Executed on this 27th day of February, 2008, at Foxborough, Massachusetts.

                 /s/
                GREGORY COOLIDGE

# EXHIBIT 3

# SWORN STATEMENT IN PROOF OF LOSS

AMOUNT OF POLICY AT TIME OF LOSS: _420,000_  
DATE ISSUED: 8/1/2004  
DATE EXPIRES: 8/1/2005  
POLICY NUMBER: _11700657_  
AGENCY AT: Rockville, Md  
AGENT: HBIL

To the _On Beacon Insurance Co._
of _____
At time of loss, by the above indicated policy of insurance you insured _Professional Products_

against loss by _all risk of loss_ to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A _loss in transit_ loss occurred about the hour of ___ o'clock ___ M., on the _20_ day of _July_, 2005. The cause and origin of the said loss were _portion of shipment lost in transit while being transported by Hayes Inc. trip from ___ in California to CDW in New York, New York_

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: _Commercial_

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was _owner_. No other person or persons had any interest therein or encumbrance thereon, except: _none regarding this property_

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: _N/A_

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ _420,000_, as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was . . . . . . . $ _270,032.50_
7. The Whole Loss and Damage was . . . . . . . $ _105,617.00_
8. Less Amount of Deductible . . . . . . . $ _1,000.00_
9. The Amount Claimed under the above numbered policy is . . . . . . . $ _104,617.00_

In consideration of and to the extent of said payment the undersigned hereby subrogates said Company, to all of the rights, claims and interest which the undersigned may have against any party, person, persons, property or corporation liable for the loss mentioned above, and authorizes the said Company to sue, compromise, or settle in the undersigned's name or otherwise all such claims and to execute and sign releases and acquittances and endorse checks or drafts given in settlement of such claims in the name of the undersigned, with the same force and effect as if the undersigned executed or endorsed them.

Warranted no settlement has been made by the undersigned with any party, person, persons, property or corporation against whom a claim may lie, and no release has been given to anyone responsible for the loss, and that no such settlement will be made nor release given by the undersigned without the written consent of the said Company and the undersigned covenants and agrees to cooperate fully with said Company in the prosecution of such claims, and to procure and furnish all papers and documents, in the undersigned's possession, necessary in such proceedings and to attend court and testify if the Company deems such to be necessary but it is understood the undersigned is to be saved harmless from costs in such proceedings.

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of _Maryland_  
County of _Montgomery_  
Subscribed and sworn to before me this ___ day of _December_, 20_05_.

_Notary Public_ — C. Denton Bell Jr., Notary Public, My Commission Expires 10/01/07, Howard Co., MD

_Insured_

**EXHIBIT 4**



Omneon Video Networks
965 Stewart Drive
Sunnyvale CA 94086-3913
408-585-5000
408-585-5099 FAX

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/30/2005 | 2395 |

| BILL TO | SHIP TO |
|---|---|
| Professional Products, Inc.<br>9116 Gaither Road<br>Gaithersburg, MD 20877 | Cuny TVRM# 1400<br>PO# 04220050043395<br>16 East 35th Street<br>Attn: R. Isaacson 212-827-7829<br>New York, NY 10016 |

| SALES ORDER | CUST P.O. | TERMS | REP | SHIP | VIA | F.O.B. | SALES TAX |
|---|---|---|---|---|---|---|---|
| R11559 | P14294 | Net 30 | GH | 6/30/2005 | HAAS | Sunnyvale | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 9 LOST — 9 | FCA 305-OF | Fibre Channel Cable Kit, LC to LC Optical Fiber Cable, 3m w/ 2 LC SFP's | 270.00 | 2,430.00 |
| 2 | MCP 2101 | MediaDirector | 24,375.00 | 48,750.00 |
| 1 | MCP 2101-F01 | Extended File System License for the MCP 2101 | 6,000.00 | 6,000.00 |
| 1 | NSM 2003 | Omneon Spectrum Manager w/LCD Display & Keyboard | 6,000.00 | 6,000.00 |
| 3 | MIP 1003a | DV/MPEG Plus MediaPort | 6,375.00 | 19,125.00 |
| 2 | MIP 3003 | 3 Channel MPEG Multiport | 14,625.00 | 29,250.00 |
| 2 | MRT 2001 | MediaPort Rack Mounting Tray | 157.50 | 315.00 |
| 2-LOST — 3 | MSC 4272c | MediaStore w/ 16, 300 GByte Drives [two (6+1) RAID + 2 Hot Spares] | 51,637.50 | 154,912.50 |
| 1 | T&E001 | Travel and Expenses | 1,000.00 | 1,000.00 |
| 1 | Service TC/2 | 2 Days on Site Support | 2,250.00 | 2,250.00 |
| 1 | Service Plus | Service Plus - Year 1 (24x7) (FOC) | 0.00 | 0.00 |

Freight charges, if any incurred by Omneon, will be billed separately

S108857
BS117972
325,131.11

071105

ORIGINAL INVOICE FROM OMNEON

**Total**

**COPY**

Page 1

Omneon Video Networks, Inc. 965 Stewart Drive, Sunnyvale, CA 94085-3913 ph: 408.585.5000 fx: 408.585.5099 www.omneon.com