**COUNTRYMAN & McDANIEL**
MICHAEL S. McDANIEL   [State Bar No. 66774]
cargolaw@aol.com
GEOFFREY W. GILL     [State Bar No. 163621]
gwg@cargolaw.com
LAX Airport Center, Eleventh Floor
5933 West Century Boulevard
Los Angeles, California  90045
Telephone: (310) 342-6500
Facsimile: (310) 342-6505

Attorneys for defendant
HAAS INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, a corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>HAAS INDUSTRIES, INC., a corporation,<br><br>              Defendants. | **CASE NO. 3:07-CV-03540-BZ**<br><br>**OBJECTION BY HAAS INDUSTRIES, INC. TO SEPARATE STATEMENT OF UNDISPUTED FACTS**<br><br>Date:       April 2, 2008<br>Time:       10:00 a.m.<br>Courtroom:  Courtroom G |

Defendant HAAS Industries, Inc. respectfully objects to the Separate Statement of Undisputed Facts in that neither Undisputed Fact is relevant to the issues raised by plaintiff's Motion.  Fed. R. Evid. 402 provides in relevant part that: "Evidence which is not relevant is not admissible."

Defendant presumes that plaintiff will argue from the FOB nature of the shipment that the accord and satisfaction with Omneon Video Networks ("Omneon") was with a party lacking standing to settle the claim.  However, as is clear from the declaration of Carmen Holster, Defendant's Comptroller, Omneon in every way

- 1 -

1  possible presented itself as the proper claimant. Whether the
2  shipment was or was not FOB is therefore not relevant.
3
4      As is clear from the discussion at Point IV of Defendant's
5  Opposition, the distinction between contract and common carriers is
6  not relevant to the pending issue, which has nothing to do with
7  whether cargo liability insurance is necessary on the part of the
8  carrier.
9
10 Dated: March _1V_, 2008          **COUNTRYMAN & McDANIEL**
                                    MICHAEL S. McDANIEL
11                                  GEOFFREY W. GILL
12
13
14                          By:  _Geoffry W Gill_
                                 GEOFFREY W. GILL
15                               Attorneys for defendant
                                 HAAS INDUSTRIES, INC.
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -