1  JAMES ATTRIDGE [SBN NO. 124003]
   Business Trial Lawyer
2  The Fox Plaza, Suite 1204
   1390 Market Street
3  San Francisco, CA  94102
   Telephone:    (415) 552-3088
4
   Attorney for Plaintiff
5  ONEBEACON INSURANCE COMPANY

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11  ONEBEACON INSURANCE COMPANY,           Case No:  C-07-3540 BZ (MEJ)

12          Plaintiff(s),                  **DECLARATION OF JOHN GIBBS IN**
                                           **RESPONSE TO DEFENDANT'S**
13      v.                                 **OPPOSITION TO PLAINTIFF'S MOTION**
                                           **FOR SUMMARY JUDGMENT OR, IN THE**
14  HAAS INDUSTRIES, INC.,                 **ALTERNATIVE, FOR PARTIAL**
                                           **SUMMARY JUDGMENT**
15          Defendant(s).

16                                         Date:        April 2, 2008
                                           Time:        10:00 a.m.
17                                         Courtroom:   Courtroom G

18

19      I, JOHN GIBBS, declare and state:

20      1.      I am presently self employed as the principle of Gibbs Transportation

21  Consultants, Inc.  I know the following of my own personal knowledge and if called upon to do

22  so, could and would competently testify thereto.

23      2.      I have recently retired from my position as Director of Claims and Loss

24  Prevention for FedEx Ground.  Prior to that I held similar positions for 22 years at Watkins

25  Motor Lines and Southeastern Freight Lines.  I am a member of the board of directors and

26  former Chairman of the Transportation Loss Prevention and Security Association.  In the course

27  of my career, I have made it a practice to remain apprised of the practices of my competitors.

28      3.      The statement in the Declaration of Carmen Holster that "it has been the industry

                                    1

practice for a motor carrier undertaking interstate cargo transportation to limit its liability for loss of or damage to the cargo to .50 a pound, absent a declare value" is quite contrary to my experience. A .50 per pound limitation of liability is common among air freight carriers like FedEx, DHL and Airborne, but for motor carriers limitations vary a great deal.

4.     Practically all major motor carriers are participants in the National Motor Freight Classification and incorporate the classification by reference into their bills of lading. The classification assigns a class rating number to each commodity running from 35 to 500, based upon its value and shipping characteristics. The higher the class rating, the higher the freight charge. For many commodities, the shipper is permitted to assign a lower class rating in exchange for a limitation of liability. These limitations run the gamut from .10 a pound for used machinery to upwards of $25.00 per pound for sophisticated equipment. An example is attached as Exhibit 5.

5.     When class rates are not applied, most carriers rely upon limitations of liability which are contained in their tariffs, which are normally posted on the internet. Again, based upon the value and risk of what is being transported, as well as upon the competition, these limitations vary from very high to very low.

6.     Simply put, given the wide variety of commodities transported in interstate commerce, there is no industry standard. Canada has adopted a base rate liability system with a standard limitation of $2.00 a pound. Proposals by the American Trucking Associations and others have called for a standard base rate limitation but have yet to be enacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of March, 2008, at Orlando, Florida.

_____
                    /s/
                    JOHN GIBBS

DECLARATION OF JOHN GIBBS IN RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 5

# NMF 100-Q

ICC NMF 100-Q
FMC-F-28

| | | | | |
|---|---|---|---|---|
| APSC 30 | Ia DOT 28 | MC 28 | NCUC 27 | PSCSC 29 |
| ATC 28 | KCC 29 | Div OT Mo 28 | NDPSC 28 | SDPUC 27 |
| Cal PUC 32 | KY DOT 28 | Mont PSC 27 | PUBNS 27 | TPSC 28 |
| PUC Colo 27 | LPSC 28 | NPSC 28 | PUCO-NMF 100-Q | RCT 29 |
| Conn PUC-MF 28 | MDT Man 28 | PSCN 28 | CC Okla 28 | PSCU 30 |
| GPSC 27 | MF-PSC Md 28 | NHDOS 28 | PUC Ore 27 | MF-VCC 28 |
| IPUC 28 | MDPU No. 5 | PUCNJ 28 | Freight Pa PUC 31 | WN T 27 |
| MF-ILL CC 29 | MPSC-NMF 100-Q | SCCNM 28 | PTCB 28 | MF-PSC-W Va 30 |
| IMCA TR-28 | MTRB 28 | DOT-NY-MT 27 | RIDPU 5 | Wyo PSC 27 |

(See page 2 for cancellations)

## NATIONAL MOTOR FREIGHT TRAFFIC ASSOCIATION, INC., AGENT

## CLASSES AND RULES

### APPLYING ON
### FREIGHT TRAFFIC COVERED BY TARIFFS GOVERNED BY THIS CLASSIFICATION AS SUCH TARIFFS MAY PROVIDE

# NATIONAL MOTOR FREIGHT CLASSIFICATION

**ISSUED   APRIL 4, 1990**

**EFFECTIVE   MAY 5, 1990**
(Except as otherwise provided herein)

ISSUED BY

**MARTIN E. FOLEY, Issuing Officer**
2200 Mill Road
Alexandria, VA 22314

©American Trucking Associations, Inc. 1990

All rights reserved. No part of this tariff may be used or reproduced in any manner whatsoever without the written permission of American Trucking Associations. For further information contact the Traffic Department, ATA, 2200 Mill Road, Alexandria, VA 22314.

Inquiries concerning subscriptions to this publication should be addressed to the ATA Traffic Department, 2200 Mill Road, Alexandria, VA 22314 (Subscription price per copy — $57.55).

(18,000)                    (Corley Printing Company, St. Louis, MO)

NATIONAL MOTOR FREIGHT CLASSIFICATION 100-Q

## PARTICIPATING INTERSTATE CARRIERS — Continued

| @Carrier "Alpha" Code | CARRIER | Certificate or Docket No. MC |
|---|---|---|
| VANK | VAN WYK FREIGHT LINES, INC., Grinnell, IA | 121661 |
| VKFL | VANDER KOOI FREIGHT LINE, Dennis Smit, d/b/a, Hulla, IA | 39904 |
| VNTA | VANTAGE TRANSPORT, INC., Versailles, OH | 161795 |
| VASH | VASHON AUTO FREIGHT CO., Vashon, WA | 33915 |
| VAUG | VAUGHT TRUCK LINE, INC., Hiawatha, KS | 86099 |
| VGAS | VEGAS TRUCKING CO., Las Vegas, NV | 113981 |
| VEZA | VENEZIA HAULING, INC., Limerick, PA | 155348 |
| VENT | VENTURA TRANSFER COMPANY, Long Beach, CA | 7523 |
| VEXP | VENTURE EXPRESS, INC., Nashville, TN | 151894 |
| VFLS | VICTORY FREIGHT LINES, INC., Pell City, AL | 99653 |
| VIKN | VIKING FREIGHT SYSTEM, INC., San Jose, CA | 121835 |
| VIAJ | VINCENT, ALVA JAY, Berlin, NY | 99285 |
| VINC | VINCI'S EXPRESS, INC., Woodbine, NJ | 32505 |
| VOLP | VOLPE EXPRESS, INC., Norristown, PA | 23550 |
| VOLT | VOLUNTEER EXPRESS, INC., Nashville, TN | 121699 |
| VFLI | VULCAN FREIGHT LINES, INC., Birmingham, AL | 140928 |
| WADS | WADSWORTH AND REILLY EXPRESS, INC., Washington Mills, NY | 83151 |
| WAGN | WAGNER FREIGHT LINES, INC., Chattanooga, TN | 121158 |
| WAGS | WAGNERS SERVICE, INC., Springfield, OH | 60063 |
| WAJR | WAJER, P., & SONS EXPRESS CO., INC., Webster, MA | 58946 |
| WALD | WALDRON TRUCK LINE, Frederick M. Jacobs, d/b/a, Fort Smith, AR | 98187 |
| WKRO | WALKER TRUCKING CO., Columbus, OH | 164958 |
| WALL | WALL TRUCK LINE, INC., Holden, MO | 547 |
| WTAP | WALLACE TRANSPORT, Planada, CA | 135803 |
| WCAF | WALLACE-COLVILLE MOTOR FREIGHT, INC., Spokane, WA | 1924 |
| WLAK | WALLACK FREIGHT LINES, INC., Copiague, Long Island, NY | 106222 |
| WMES | WALSH MESSENGER SERVICE, INC., Garden City Park, NY | 121454 |
| WATS | WALSH TRUCKING SERVICE, INC., Massena, NY | 29643 |
| WARH | WAR-HUNT TRUCKING COMPANY, INC., Allentown, PA | 119875 |
| WARD | WARD TRUCKING CORP., Altoona, PA | 65916 |
| WNTN | WAREHOUSE & TERMINAL CARTAGE CO., Bridgeview, IL | 135395 |
| WNTB | WARNER TRANSPORT COMPANY, Belding, MI | 188537 |
| WNDS | WARNER TRUCKING, INC., Belding, MI | 97457 |
| WCFL | WARREN COUNTY FREIGHT LINE, INC., McMinnville, TN | 121677 |
| WART | WARREN TRANSPORTATION CO., Hayward, CA | 121472 |
| WRRM | WARREN TRUCKING CO., INC., Long Beach, CA | 119389 |
| WRRS | WARRIOR SERVICES, INC., Secaucus, NJ | 166550 |
| WTHC | WASATCH TOTAL CARGO, INC., Salt Lake City, UT | 206324 |
| WTRV | WATERVILLE EXPRESS, Thurston E. Browne, d/b/a, Waterville, NY | 107472 |
| WKSH | WATKINS AND SHEPARD TRUCKING, INC., Missoula, MT | 176957 |
| WWAT | WATKINS MOTOR LINES, INC., Lakeland, FL | 95540 |
| WMXP | WATROUS MOTOR EXPRESS, INC., Syracuse, NY | 114631 |
| WBFL | WATSON, BILL, FREIGHT LINE, James G. Watson and Marsha B. Watson, d/b/a, Estes Park, CO | 99004 |
| WCMS | WEIR-COVE MOVING & STORAGE CO., Weirton, WV | 76262 |
| WELT | WELLING TRUCK SERVICE, INC., Reserve, IL | 38403 |
| WELS | WELLS CARGO, INC., Reno, NV | 43269 |
| WLXP | WELLS EXPRESS, INC., Kearny, NJ | 42138 |
| WVAF | WENATCHEE VALLEY AUTO FREIGHT, Wenatchee, WA | 42139 |
| WEBE | WEST BEND TRANSIT & SERVICE COMPANY, West Bend, WI | 44469 |
| WSED | WEST 8 DELIVERY SERVICE, INC., Denver, CO | 115716 |
| WEEP | WEST END EXPRESS, Richard L. Starks, Jr. and Phyllis Starks, d/b/a, Naturita, CO | 121257 |
| WESM | WEST MOTOR FREIGHT, INC., Boyertown, PA | 21866 |
| WTXE | WEST TEXAS EXPRESS, Joe Washington Roberts, d/b/a, El Paso, TX | 150391 |
| WEWT | WEST WORLD TRANSPORTATION CO., INC., Los Angeles, CA | 95838 |
| WTOS | WESTERN AUTO SUPPLY COMPANY - Transportation Division, Kansas City, MO | 168431 |
| WCTG | WESTERN CARTAGE, INC., Seattle, WA | 121508 |
| WCUS | WESTERN COURIER SERVICE, Sandra Sutton, d/b/a, Reno, NV | 194907 |
| WSDS | WESTERN DELIVERY SERVICE, INC., Denver, CO | 165563 |
| WKXQ | WESTERN KANSAS XPRESS, INC., Wichita, KS | 143112 |
| WMEI | WESTERN MARINE EXPRESS, INC., J & J Webster, Inc., d/b/a, City of Industry, CA | 193412 |
| WEMF | WESTERN MOTOR FREIGHT, INC., Oklahoma City, OK | 121673 |
| WETC | WESTERN TRANSPORTATION COMPANY, Chicago, IL | 52752 |
| WTTH | WESTERN TRANSPORTATION SERVICES, Jerry J. Feliciello, d/b/a, West Sacramento, CA | 192564 |
| WTPB | WESTERN TRANSPORTATION, INC., Lamar, CO | 147217 |
| WMFR | WESTWAY MOTOR FREIGHT, INC., Commerce City, CO | 99234 |
| WETZ | WETZ, R. O., TRANSPORTATION, Roy O. Wetz, d/b/a, Marietta, OH | 31438 |
| WHEH | WHEEL HORSE TRANSPORT, INC., South Bend, IN | 173942 |
| WLRF | WHEELER FREIGHTWAYS, Las Vegas, NV | 106679 |
| WHXP | WHITE EXPRESS CO., INC., THE, Brooklyn, NY | 3845 |
| WHTR | WHITE'S TRANSPORTATION, Francis D. White, d/b/a, Lockport, NY | 61479 |

For explanation of abbreviations and reference marks, see last page of this tariff.

## RULES

### ITEM 360—Concluded

**Sec. 3. Inspection of Property.** When carrier's agent believes it is necessary that the contents of packages be inspected, he shall make or cause such inspection to be made, or require other sufficient evidence to determine the actual character of the property. When found to be incorrectly described, freight charges must be collected according to proper description.

**Sec. 4. Delivery of Shipments on Order Bills of Lading:**

**Sec. 4 (a).** The surrender to the carrier of the original Order Bill of Lading, properly endorsed is required before the delivery of the property; but, if such bill of lading be lost or delayed, **Sec. 4 (b)** will govern.

**Sec. 4 (b).** The property may be delivered in advance of the surrender of the bill of lading upon receipt of a certified check, money order or bank cashier's check (or cash at carrier's option) by the carrier's agent for an amount equal to one hundred and twenty-five percent of the invoice or value of the property, or at carrier's option, upon receipt of a bond, acceptable to the carrier, in an amount twice the invoice or value of the property, or a blanket bond may be accepted when satisfactory to the carrier as surety, amount and form. Amounts of money deposited by certified check, money order, bank cashier's check or in cash shall be refunded in full: Immediately upon surrender of bill of lading properly endorsed or when the carrier has received a bond, acceptable to the carrier, in an amount twice the invoice or value of the property.

**Sec. 5. Insurance Against Marine Risk:** The cost of insurance against marine risk will not be assumed by the carrier unless so provided specifically, in its tariffs.

---

### ITEM 365

#### STRAIGHT BILL OF LADING—CONTRACT TERMS AND CONDITIONS

The contract terms and conditions set forth on pages 266 and 267 of the Classification are applicable for all shipments moving on the:

(1) STRAIGHT BILL OF LADING—SHORT FORM as illustrated on page 271 of the Classification.
(2) STRAIGHT BILL OF LADING as illustrated on pages 272 and 275 of the Classification.
(3) SHIPPER-PROVIDED SHORT FORM BILL OF LADING as illustrated on pages 273 and 274 of the Classification.

---

### ITEM 381

#### CANCELLATION OF ITEMS

As this classification is supplemented, numbered items with letter suffixes cancel (except as otherwise specifically indicated) correspondingly numbered items in the original classification or in a prior supplement. Letter suffixes will be used in alphabetical sequence starting with A. Example: Item 4000-A cancels item 4000, and item 3600-B cancels item 3600-A in a prior supplement, which, in turn, cancelled item 3600.

---

### ITEM 420

#### CLASSIFICATION OF ARTICLES—GENERAL

**Sec. 1.** Numbers 35 to 500 provided for in this classification under columns headed 'CLASSES', appearing on pages 276 to 666 of this classification, and as amended, are the classes assigned to the articles described in connection therewith and refer to columns of class rates headed by the same respective numbers in the class rate tariffs governed by this classification. Classes 37.5, 77.5 and 92.5 refer also to rates published for classes 37½, 77½ and 92½, respectively, in class rate tariffs governed by this classification.

The progression of classes in this classification is from 35 (lowest) to 500 (highest).

**Sec. 2.** Classes shown in the class columns opposite the description of articles will apply in conjunction with the rate tariff designated as being governed by this classification.

**Sec. 3.** When '0' is shown in the class column, it means that such articles are subject to the rates and regulations of individual carriers.

**Sec. 4.** A tariff of rates may be made subject to all of the classes published in this classification or may be made subject to either the less than truckload classes or the truckload classes, provided the tariff of rates clearly indicates which classes are to be applied in connection with the rates published therein.

**Sec. 5.** Where a tariff of rates does not provide a rate for the class shown opposite the description of articles herein and no other provision is made in that tariff as to application of such class, apply the rate for the next higher class for which rates are shown in such tariff.

---

### ITEM 421

#### CLASSIFICATION BY ANALOGY

The class for any article not provided for, either by its specific name or embraced in an NOI item, shall be the class provided in the classification for an article which, in the carrier's judgement is the most closely analogous. In such cases, the classification description and the item number utilized will be entered on carrier's freight bill and, further, such facts must be reported by the carrier to the Director of Classification Development, National Classification Committee staff, in order that the establishment of specific provisions may be considered by the Committee. This rule will not apply in connection with classes in exceptions to this classification nor rates in commodity tariffs.

For explanation of abbreviations and reference marks, see last page of this tariff.

249

NATIONAL MOTOR FREIGHT CLASSIFICATION 100-Q

| Item | ARTICLES | CLASSES LTL | TL | MW. |
|------|----------|-------------|-----|-----|
| 62820 | **ELECTRICAL EQUIPMENT GROUP:** subject to item 60500<br>**Radio, Radio-telephone or Television Transmitting or Transmitting and Receiving Sets, or other Radio Impulse or Wireless Audio (Sound) Impulse Transmitting or Transmitting and Receiving Sets,** separate or combined, in boxes, crates or Package 231, see Note, item 62822: | | | |
| Sub 1 | Released value not exceeding $3.00 per pound .................................... | 100 | 55 | 24 |
| Sub 2 | Released value exceeding $3.00 per pound but not exceeding $6.00 per pound .......... | 125 | 60 | 24 |
| Sub 3 | Released value exceeding $6.00 per pound but not exceeding $10.00 per pound ......... | 175 | 85 | 24 |
| 62822 | NOTE—The released value must be entered on shipping order and bill of lading in the following form:<br>'The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ———— per pound.'<br>If the shipper fails or declines to execute the above statement or designates a value exceeding $10.00 per pound, shipment will not be accepted, but if shipment is inadvertently accepted, charges will be assessed initially on the basis of the class for the highest value provided. Upon proof of lower actual value, the freight charges will be adjusted to those that would apply if the shipment had been released to the amount of its actual value.<br>(Classes herein based on released value have been authorized by the Interstate Commerce Commission in Released Rates Order No. MC-597 of December 24, 1964, as amended October 9, 1980, subject to complaint or suspension.) (See page 3 for state authorities.) | | | |
| 62840 | **Radio or Telephone Loudspeakers; Telephone Sets; Automobile Radio Receiving Sets; Phonographs; or Disc Type Sound Recordings or Sound Recording Blanks,** in mixed TL with articles named in item 63035, loose or in packages, as provided for straight TL shipments ................................................................... | | 70 | 18 |
| 62860 | **Recorders or Players,** separate or combined, tape or wire, with or without equipment of loudspeakers in same or separate packages, see Note, item 62862, in wooden boxes or Packages 809, 829 or 1018 ................................................... | 110 | 70 | 15 |
| 62862 | NOTE—Necessary equipment of loudspeakers shipped in separate packages from recorder or player may be shipped in boxes or Packages 1018 or 1187. | | | |
| 62880 | **Rectifiers,** mercury arc, **or Parts,** NOI, not including bulbs or tubes, in boxes or crates ...... | 85 | 45 | 30 |
| 62900 | **Rectifiers,** NOI; **or Battery Eliminators (portable radio, phonograph, or tape recorder power supply units);** with or without current testers, in boxes, crates or Packages 1237 or 2373 ................................................................ | 85 | 45 | 30 |
| 62920 | **Regulators,** induction or voltage: | | | |
| Sub 1 | Weighing each not less than 1000 pounds, in boxes, crates or on skids ............... | 70 | 45 | 30 |
| Sub 2 | Weighing each less than 1000 pounds **or Parts thereof,** NOI, in boxes, crates, skids or Packages 1241, 1273 or 2373 ...................................................... | 77.5 | 45 | 30 |
| 62960 | **Rheostats (Resistors), or Parts,** NOI, in barrels, boxes, crates or Package 1241 ............ | 77.5 | 45 | 30 |
| 63020 | **Sealers,** bag, household type, in boxes .................................................. | 85 | 50 | 30 |
| 63023 | **Scissors,** electric, hand, in boxes ....................................................... | 100 | 70 | 20 |
| 63025 | **Semi-conductors,** see Note, item 63031, in boxes or Package 2373 **viz.:**<br>**Devices,** NOI, see Note, item 63029;        **Thermistors;**<br>**Diodes;**        **Transistors;**<br>**Rectifiers,** see Note, item 63027; | | | |
| Sub 1 | Released value not exceeding $3.00 per pound ................................... | 100 | 70 | 18 |
| Sub 2 | Released value exceeding $3.00 per pound but not exceeding $10.00 per pound ........ | 200 | 200 | AQ |
| Sub 3 | Released value exceeding $10.00 per pound but not exceeding $20.00 per pound ....... | 300 | 300 | AQ |
| Sub 4 | If the shipper declines to release each pound in shipment to a value not exceeding $20.00 per pound, the shipment will not be accepted. | | | |
| 63027 | NOTE—Applies only on named articles in a solid state such as rectifier cells, rectifier stacks or rectifier diodes and does not apply on devices that rectify current mechanically, electro-magnetically, electrolytically or by means of mercury vapor, mercury arc or vacuum tube. | | | |
| 63029 | NOTE—Applies on devices such as, but not limited to, video game cartridges or subassemblies thereof that employ semi-conductor materials in their construction and are not elsewhere specifically named in the classification. | | | |
| 63031 | NOTE—The released value must be entered on the shipping order and bill of lading in the following form:<br>'The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ———— per pound.'<br>If the shipper fails or declines to execute the above statement or designates a value exceeding $20.00 per pound, shipment will not be accepted, but if shipment is inadvertently accepted, charges initially will be assessed on the basis of the class for the highest value provided. Upon proof of lower actual value, the freight charges will be adjusted to those that would apply if the shipment had been released to the amount of its actual value.<br>(Classes herein based on released value have been authorized by the Interstate Commerce Commission in Released Rates Order No. MC-529 of March 21, 1963, as amended May 15, 1964 and March 31, 1980, subject to complaint or suspension.) (See page 3 for state authorities.) | | | |
| 63032 | **Sets,** cigar or cigarette lighter, see Note, item 63033, in boxes ...................... | 100 | 70 | 24 |
| 63033 | NOTE—Applies only on sets consisting of an electric lighter and an electric charging device. | | | |
| 63034 | **Sets,** television **(TV's),** projection type, consisting of a TV receiver and separate screen, see Note, item 63041, in boxes .............................................. | 200 | 125 | 10 |

For explanation of abbreviations and reference marks, see last page of this tariff.

421