JAMES ATTRIDGE [SBN NO. 124003]
Business Trial Lawyer
The Fox Plaza, Suite 1204
1390 Market Street
San Francisco, CA 94102
Telephone:    (415) 552-3088

Attorney for Plaintiff
ONEBEACON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE COMPANY,<br><br>        Plaintiff(s),<br><br>v.<br><br>HAAS INDUSTRIES, INC.,<br><br>        Defendant(s). | Case No: C-07-3540 BZ (MEJ)<br><br>**DECLARATION OF DAVID MAUS IN RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      April 2, 2008<br>Time:     10:00 a.m.<br>Courtroom: Courtroom G |

    I, DAVID MAUS, declare and state:

    1.    I am a Subrogation Supervisor employed by plaintiff ONEBEACON Insurance Company ("ONEBEACON"). I know the following of my own personal knowledge and if called upon to do so, could and would competently testify thereto.

    2.    The insurance policy issued by OneBeacon in this matter was a general property loss package issued for the period extending from August 1, 2004 to August 1, 2005. It was not a spot insurance policy issued with this particular shipment in mind. It does not specifically cover shipments of this particular product, shipments from Omneon, or shipments to City College of New York. It embraces unforeseen property loss, including loss in transit which took place during that time frame. The coverage summary normally maintained by OneBeacon is

1 | attached as Exhibit 6.

2 |     I declare under penalty of perjury under the laws of the United States of America that the

3 | foregoing is true and correct.

4 |     Executed on this 18th day of March, 2008, at Foxborough, Massachusetts.

```
                                                     _____/s/_____
                                                      DAVID MAUS
```

DECLARATION OF DAVID MAUS IN RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 6

## Common

This summary contains only a general description of the coverages and does not include all of the benefits and limitations found in the policy.  The insurance policy itself, not this descriptive summary, will form the contract between the insured and the insurance company.

| | |
|---|---|
| Insured | PROFESSIONAL PRODUCTS, INC.<br>9116 GAITHER RD<br>GAITHERSBURG, MD 20877-1422 |
| Producer | HRH OF METROPOLITAN WASHINGTON, INC.<br>STE 200 800 KING FARM BOULEVARD<br>ROCKVILLE, MD 20850-0000 |
| Policy Number | 719-00-86-39-0000 |
| Product | @vantage for Wholesalers |
| Policy Term | 08/01/2004 to 08/01/2005 |
| Renewal of | 494-40-77-28-0000 |
| Transaction<br>  Effective<br>  Quote<br>  Printed | Policy Change<br>01/03/2005<br>342241-1<br>08/01/2005 |
| Company | Atlantic Specialty |
| Business<br>  Description<br>  Type | <br>WHOLESALER OF AUDIO & VISUAL EQUIPMENT<br>Corporation |
| FEIN | 520847274 |

### Premium Summary

| Coverage Section | Premium |
|---|---|
| Property Coverages | |
|   Non-Reporting | $30,831 |
|     Reporting: Deposit Premium | $9,639 |
| Liability Coverages | $18,503 |
| Automobile Coverages | $29,598 |
| Terrorism Coverage | $748 |
|   Estimated Total Premium | $89,319 |
|   Estimated Total State Surcharges | $30.39 |

### State Surcharges

$30.39  WV-VOLUNTEER FIRE DEPARTMENTS AND TEACHERS' RETIREMENT SYSTEM

### Common Policy Forms

| Form | Description |
|---|---|
| 4 VIL 100 10 98 | COMMON POLICY DECLARATIONS- ATLANTIC SPECIALTY |
| ASC 00 02 01 98 | PREMIUM STATEMENT |
| ASC 00 12 01 98 | SCHEDULE OF LOCATIONS |
| CLD 120 08 98 | SCHEDULE OF PAYMENTS |
| VIL 001 10 98 | COMMON POLICY CONDITIONS |
| VIL 607 MD 10 98 | MD CHANGES |
| VIL 620 WV 09 02 | WV CHANGES |
| VIL 684 VA 09 99 | VA CHANGES - COUNTERSIGNATURE |
| ASC 00 11 01 98 | Schedule 1 - NAMED INSURED |
| ASC 00 11 01 98 | Schedule 2 - STATE CHARGES |
| ASC 00 11 01 98 | Schedule 3 - REPORTING SCHEDULE |
| ASC 00 11 01 98 | Schedule 4 - LIST OF COMMON DEC FORMS |

### Non-Policy Forms

| Form | | Description |
|---|---|---|
| A 1038 04 93 | | VA UM SELECTION |
| A 1055A 10 90 | | MD UM REJECTION |
| ACA 144 09 00 | (*) | WV UM COVERAGE OFFER |
| ACA 145 09 00 | | WV UM & UIM COVERAGE IMPORTANT NOTICE |
| AR 69 06 92 | | STATEMENT OF VALUES |
| AR 70 04 96 | | REPORTING LETTER |
| CLD 134 02 03 | | POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COV |
| G 1904 08 99 | | VA NOTICE TO POLICYHOLDERS |
| UA 138A 05 01 | | VA UM COV IMPORTANT NOTICE |
| UA 173 07 94 | | VA ADDITIONAL COVERAGE NOTICE |
| VGN 002 10 98 | | SPECIAL PROPERTY PLUS COVG QUICK REFERENCE GUIDE |

* For Specific Data Contained in Form, Please Refer to Policy

### Named Insured

PROFESSIONAL PRODUCTS, INC.

F.S. BURKE 1999 FAMILY TRUST

PROF. PROD., INC. CASH OPTION PROFIT SHARING PLAN

GROUP HEALTH PLAN AND GROUP LIFE

PROFESSIONAL PRODUCTS, INC. SEC 125 PLAN

### ORO

Agency Bill - 25% DEPOSIT AND 10 EQUAL PAYMENTS

Auditable Policy

Producer Code: 0-015-2174

Policy Type Code: 3

Policy: 719-00-86-39-0000   (Quote: 342241-1)                                              Page: 2

Page: 3

SIC Code: 5065

Policy Dominate State: MD

Policy Change - Prepaid

**Producer Commission**

| | |
|---|---|
| Property | 17.50% |
| Liability | 17.50% |
| Boiler | 17.50% |
| Automobile | 15.00% |

**Locations**

| Loc | Bldg |  | Address |
|---|---|---|---|
| 2 | 1 |  | 1031 TECHNOLOGY PARK RD<br>RICHMOND, VA 23237-9999 |
| 3 | 1 |  | 6811 REED ST<br>BETHESDA, MD 20814-2917 |
| 4 | 1 | HARBOUR CENTRE | 2 EATON ST STE 504<br>HAMPTON, VA 23669-4558 |
| 5 | 1 |  | 9124 GAITHER RD<br>GAITHERSBURG, MD 20877-1422 |
|   | 2 |  | 9124 GAITHER RD<br>GAITHERSBURG, MD 20877-1422 |
| 6 | 1 |  | 4962 FAIRMONT AVE<br>BETHESDA, MD 20814-6023 |
| 7 | 1 |  | 108 ROXALANA BUSINESS PARK<br>DUNBAR, WV 25064-2726 |

**ORO**

| Loc | Bldg |  |  |
|---|---|---|---|
| 2 | 1 | Protection Class<br>Construction<br>Sprinkler | 10<br>NON-COMBUSTIBLE (03)<br>No |
| 4 | 1 | Protection Class<br>Construction<br>Sprinkler | 04<br>FIRE RESISTIVE (06)<br>No |
| 5 | 1 | Protection Class<br>Construction<br>Sprinkler | 04<br>MASONRY NON-COMBUSTIBLE (04)<br>Yes |
| 6 | 1 | Protection Class<br>Construction<br>Sprinkler | 04<br>JOISTED MASONRY (02)<br>No |
| 7 | 1 | Protection Class<br>Construction<br>Sprinkler | 04<br>JOISTED MASONRY (02)<br>No |

**Property**

| Loc | Bldg | Coverage | Limit | Deductible | Val | Premium |
|---|---|---|---|---|---|---|
| | | *Property Blanket Coverages* | | | | |
| | | Business Personal Property | $2,005,000 | | | $4,940 |
| 2 | 1 | | | $1,000 | RC | |
| 4 | 1 | | | $1,000 | RC | |
| 5 | 1 | | | $1,000 | RC | |
| 7 | 1 | | | $1,000 | RC | |
| | | Stock | $6,910,000 | | | $10,892 |
| 2 | 1 | | | $1,000 | RC | |
| 4 | 1 | | | $1,000 | RC | |
| 5 | 1 | | | $1,000 | RC | |
| 7 | 1 | | | $1,000 | RC | |
| | | Business Income & Extra Expense<br>   Extended Period of Indemnity<br>      120 days | $7,270,200 | | | $19,306 |
| 2 | 1 | | | | | |
| 4 | 1 | | | | | |
| 5 | 1 | | | | | |
| 6 | 1 | | | | | |
| 7 | 1 | | | | | |
| | | *Property Location Coverages* | | | | |
| 5 | 1 | Hardware, Software, Media and Data | $500,000 | $500 | FRC | $1,320 |
| | | Installation Tools and Equip Property | $250,000 | $500 | | $250 |
| 6 | 1 | Building | $858,000 | $1,000 | RC | $1,862 |
| | | *Property Policy Coverages* | | | | |
| | | Equipment Breakdown Portfolio | | | | Included |
| | |    Expediting Expenses | $100,000 | | | |
| | |    Hazardous Substances | $100,000 | | | |
| | |    Perishable Goods | $100,000 | | | |
| | |    CFC Refrigerants | $100,000 | | | |
| | |    Business Income | | | | |
| | | Transit Limit of Insurance | $420,000 | $1,000 | | $1,500 |
| | | Miscellaneous Tools and Equipment | $13,650 | $1,000 | | $100 |
| | | Other Location Limit of Insurance | $210,000 | $1,000 | | $300 |
| | | *Property Policy Coverage Enhancements* | | | | |
| | | **Bucket** | $500,000 | | | |
| | |    Personal Effects | | | | |
| | |    Valuable Information Property | | | | |
| | |    Accounts Receivable | | | | |
| | |    Outdoor Property | | | | |
| | |    Fine Arts | | | | |
| | |    Hardware, Software, Media and Data | | | | |
| | |    Fire Extinguisher and Automatic | | | | |

```
        Extinguishing System Recharge
        Fire Department Service Charge
        Conditional Sales Agreement
        Consequential Damage
        Tenants Improvements & Betterments
```

| | | |
|---|---:|---:|
| Business Income or Extra Expense Stock in Transit | $100,000 | |
| Business Income or Extra Expense Stock at Any Other Location | $100,000 | |
| Crime Limit of Insurance<br>    Money and Securities<br>    Employee Dishonesty<br>    Money Orders and Counterfeit Paper Currency<br>    Forgery and Alteration | $50,000 | $1,000 |
| ERISA Employee Dishonesty | $50,000 | $0 |
| Newly Acquired or Constructed Property<br>    Building<br>    Personal Property | <br>$1,000,000<br>$1,000,000 | $1,000 |
| Claim Expense | $50,000 | $0 |
| Rewards | $25,000 | $0 |
| Contractual Penalties | $25,000 | $0 |

## Property Location Coverage Enhancements

**The following coverages are at each Location/Building with Building Coverage unless otherwise stated:**

| | | |
|---|---:|---:|
| Building Ordinance | $500,000 | $0 |

**The following coverages are at each Location/Building unless otherwise stated:**

| | | |
|---|---:|---:|
| Business Income Off Premises Power or Communication Failure<br>    Power (Not Including Overhead Transmission Lines), Communication (Not Including Overhead Transmission Lines) | $100,000 | |
| Contingent Business Premises | $100,000 | |
| Pollutant Clean Up and Removal | $100,000 | $1,000 |
| Debris Removal | $250,000 | $1,000 |
| Special Theft Limits of Insurance<br>    Furs<br>    Jewelry<br>    Precious Metals<br>    Stamps | <br>$10,000<br>$10,000<br>$25,000<br>$1,000 | <br>$1,000<br>$1,000<br>$1,000<br>$1,000 |

## Property Causes of Loss

**General Causes of Loss Applies to the following coverages:**

```
            Business Income or Extra Expense
              Stock at Any Other Location
            Other Location Limit of Insurance
            Newly Acquired or Constructed
              Property
            Claim Expense
            Rewards
            Contractual Penalties
            Building
            Business Personal Property
            Stock
            Business Income & Extra Expense
            Business Income Off Premises Power
              or Communication Failure
            Contingent Business Premises
            Pollutant Clean Up and Removal
            Debris Removal
            Building Ordinance
            Special Theft Limits of Insurance

    Inland Causes of Loss Applies to the following coverages:
            Hardware, Software, Media and Data
            Installation Tools and Equip
              Property
```

## Property Automatic Increase in Limits

The following Automatic Increase in Limits apply to the listed coverages unless otherwise stated:

```
        0% Automatic Increase in Limits
          Building
          Business Personal Property
```

## Property Forms

| Form | | Description |
|---|---|---|
| ACP 74 05 88 | | MORTGAGEHOLDER INTEREST |
| ASC 00 03 01 98 | | PROPERTY COV PART DEC - POLICY LEVEL LIMITS OF INSURANCE |
| ASC 00 13 01 98 | | SUPPLEMENTAL PROPERTY DEC |
| VCP 001 10 98 | | SPECIAL PROPERTY PLUS COVERAGE |
| VCP 003 10 98 | | PROPERTY CONDITIONS |
| VCP 100 10 98 | | COMMERCIAL PROPERTY DEC |
| VCP 101 02 99 | | BUCKET LIMIT OF INSURANCE DEC |
| VCP 208 05 99 | | TENTATIVE RATE |
| VCP 226 10 98 | | LOSS PAYABLE PROVISIONS |
| VCP 230 10 98 | (*) | PROTECTIVE SAFEGUARDS |
| VCP 253 05 99 | (*) | VALUE REPORTING FORM |
| VCP 294 10 98 | (*) | ACCIDENT DEDUCTIBLES |
| VCP 322 12 99 | | MISCELLANEOUS TOOLS & EQUIPMENT |
| VCP 330 05 99 | | MANDATORY PROPERTY ENDT |
| VCP 403 11 02 | | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| VIL 635 VA 02 04 | | VA AMENDATORY ENDT |
| ASC 00 11 01 98 | | Schedule 5 - ADDITIONAL INTEREST |
| ASC 00 11 01 98 | | Schedule 6 - PROPERTY FORMS LIST |
| ASC 00 11 01 98 | | Schedule 7 - TENTATIVE RATE SCHEDULE |

* For Specific Data Contained in Form, Please Refer to Policy

*Loss Payable*

```
AT&T CREDIT CORP, ATIMA
PO BOX 96064
BELLEVUE, WA 98009-9664
     Loc  Bldg
      2    1   Business Personal Property

      4    1   Business Personal Property

COPELCO CREDIT CORP
C/O LIAS
1756 114TH AVE SE
BELLEVUE, WA 98004-6947
     Loc  Bldg
      2    1   Business Personal Property

      4    1   Business Personal Property

GENERAL ELECTRIC CAPITAL CORPORATION
LEE FARM CORPORATE PARK
83 WOOSTER HTS
DANBURY, CT 06810-7548
     Loc  Bldg
              RE:   ALL PROPERTY

BANK OF AMERICA
100 S CHARLES ST
BALTIMORE, MD 21201-2725
     Loc  Bldg
      2    1   Business Personal Property

      2    1   Stock

      4    1   Business Personal Property

BANK OF AMERICA
ATTN:  TYRA MASSEY
PO BOX 31152
CHARLOTTE, NC 28231-1152
     Loc  Bldg
      2    1   Business Personal Property
```

*Mortgage Holder*

```
BANK OF AMERICA
ATTN:  TYRA MASSEY
PO BOX 31152
CHARLOTTE, NC 28231-1152
     Loc  Bldg
      6    1
```

*ORO*

Specific Coverage Limits

```
      2    1   Business Personal Property              $90,000
               Stock                                  $850,000
               Business Income & Extra Expense        $576,000
      4    1   Business Personal Property              $10,000
```

|   |   |                               |             |
|---|---|-------------------------------|-------------|
|   |   | Stock                         | $30,000     |
|   |   | Business Income & Extra Expense | $288,000  |
| 5 | 1 | Business Personal Property    | $1,900,000  |
|   |   | Stock                         | $6,000,000  |
|   |   | Business Income & Extra Expense | $5,760,000 |
| 6 | 1 | Business Income & Extra Expense | $150,000  |
| 7 | 1 | Business Personal Property    | $5,000      |
|   |   | Stock                         | $30,000     |
|   |   | Business Income & Extra Expense | $5,000    |