**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **04/02/2008**

**C07-3540 BZ**

**One Beacon Insurance Company v. Haas Industries, Inc.**

Attorneys: Pltf: James Attridge
            Def: Geoffrey W. Gill

                                                                              Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**         Reporter: **Kathy Wyatt; 10:44-11:50, 12:00-12:24**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Plaintiff's Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment | Matter Submitted |
| 2. Plaintiff's Motion to Strike Evidence Proffered by Defendant in Opposition to Plaintiff's Motion for Summary Judgment | Matter Submitted |

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel will prepare briefs with additional citations and authority on Carmac. Defendant's counsel will file a brief re PPI and One Beacons has no standing to bring this action. Briefs due by April 8, 2008. Any reply due by April 18, 2008.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                               Type of Trial:  ( )Jury    ( )Court
Notes: _____