LAW OFFICES

# Countryman & McDaniel

MICHAEL S. McDANIEL✢
BYRON E. COUNTRYMAN
BRUCE A. LINDSAY
CHRISTOPH M. WAHNER*

OF COUNSEL:
  GEOFFREY W. GILL"

✢ PROCTOR IN ADMIRALTY
*ALSO ADMITTED IN MINNESOTA
"ALSO ADMITTED IN NEW YORK & FLORIDA

LAX AIRPORT CENTER
ELEVENTH FLOOR
5933 WEST CENTURY BOULEVARD
LOS ANGELES, CALIFORNIA 90045
TEL (310) 342-6500
FAX (310) 342-6505
E-MAIL: info@cargolaw.com
www.cargolaw.com

18 April 2008

**Via OverniteExpress**
**OverniteExpress Tracking No.: 31686-100005-854**
Magistrate Judge Maria-Elena James
United States District Court-Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA  94102

Re:   *One Beacon Insurance Company Vs. Haas Industries, Inc.*
      **U.S. District Court-Northern District of California Case No. : 3:07-CV-03540-BZ**
      Our File No.                  :   4584-901
      **Settlement Conference**     :   **April 18, 2008 at 10:00 a.m.**
      **Continued To**              :   **June 11, 2008**

Dear Judge James:

By this letter we confirm the agreement of the parties to a continuance of the settlement conference originally scheduled for today.  The reason for this agreed upon continuance is that certain matters raised in the summary judgment motion brought by One Beacon are subject to further briefing, to be concluded today, April 18.

We understand that the settlement conference has been continued to June 11.

We greatly appreciate your courtesy and cooperation in this matter.

Very truly yours,

*[signature]*
Geoffrey W. Gill
GWG/aw

Cc: James Attridge, Esq. (via OverniteExpress Tracking No: 31686-100006-854)

L:\Cases\HAAS\One Beacon\Judge James-ltr-003.wpd