1  **COUNTRYMAN & McDANIEL**
   MICHAEL S. McDANIEL   [State Bar No. 66774]
2  cargolaw@aol.com
   GEOFFREY W. GILL    [State Bar No. 163621]
3  gwg@cargolaw.com
   LAX Airport Center, Eleventh Floor
4  5933 West Century Boulevard
   Los Angeles, California  90045
5  Telephone:  (310) 342-6500
   Facsimile:  (310) 342-6505
6
   Attorneys for defendant
7  HAAS INDUSTRIES, INC.

8                    **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

10

11 ONE BEACON INSURANCE COMPANY, ) CASE NO. 3:07-CV-03540-BZ
   a corporation,               )
12                              ) MOTION FOR ORDER EXTENDING
            Plaintiff,          ) TIME TO SUBMIT PRE-TRIAL
13                              ) SUBMISSIONS
       vs.                      )
14                              )
   HAAS INDUSTRIES, INC., a     ) Mediation: June 11, 2008
15 corporation,                 ) Pre-Trial: June 23, 2008
                                ) Trial:     July 1, 2008
16          Defendants.         )
                                )
17 _____)

18     Defendant HAAS INDUSTRIES, INC. respectfully moves for an
19 Order extending the parties' time to file pre-trial submissions.
20
21     In support thereof, undersigned counsel submits that the
22 requirement to file certain documents and accomplish certain tasks
23 no less than twenty (20) days prior to the pre-trial conference
24 inadvertently was overlooked until this morning.  Counsel for
25 plaintiff was contacted telephonically at approximately !2:15 p.m.
26 and subsequently has agreed to the approach suggested by this
27 motion.
28

- 1 -

1      This matter is set for mediation before Magistrate Judge James at 10:00 a.m., Wednesday, June 11, 2008. Undersigned counsel proposes that if the mediation is unsuccessful, counsel for the parties meet immediately thereafter and cooperate in fulfilling the obligations imposed by the court's Order Scheduling Court Trial and Pre-trial Matters, such that all obligations set forth therein to have been accomplished no less than twenty (20) days prior to the pre-trail conference shall be accomplished on or before Thursday, June 12, 2008.

Dated: June 5, 2008

**COUNTRYMAN & McDANIEL**
MICHAEL S. McDANIEL
GEOFFREY W. GILL

By: _____
GEOFFREY W. GILL
Attorneys for defendant
HAAS INDUSTRIES, INC.

- 2 -

L:\Cases\HAAS\One Beacon\mOTION TO eXTEND.wpd
UNILATERAL MOTION FOR ORDER EXTENDING TIME TO SUBMIT PRE-TRIAL SUBMISSIONS