**COUNTRYMAN & McDANIEL**
MICHAEL S. McDANIEL   [State Bar No. 66774]
cargolaw@aol.com
GEOFFREY W. GILL     [State Bar No. 163621]
gwg@cargolaw.com
LAX Airport Center, Eleventh Floor
5933 West Century Boulevard
Los Angeles, California  90045
Telephone:  (310) 342-6500
Facsimile:  (310) 342-6505

Attorneys for defendant
HAAS INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, a corporation,<br><br>                Plaintiff,<br><br>    vs.<br><br>HAAS INDUSTRIES, INC., a corporation,<br><br>                Defendants. | CASE NO. 3:07-CV-03540-BZ<br><br>[PROPOSED] ORDER EXTENDING TIME TO ACCOMPLISH PRE-TRIAL OBLIGATIONS |

Good cause having been shown, it is hereby ORDERED that the parties by their counsel file all documents and otherwise accomplish those obligations, imposed by the court's Order Scheduling Court Trial and Pre-trial Matters, to have been fulfilled no less than twenty (20) days prior to the June 23, 2008 pre-trial conference, on or before Thursday, June 12, 2008. The parties otherwise are to comply with the Order Scheduling Court Trial and Pre-trial Matters.

Dated: June __, 2008

_____
United States Magistrate Judge

- 1 -

L:\Cases\HAAS\One Beacon\Proposed Order.wpd
[PROPOSED] ORDER