UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>HAAS INDUSTRIES, INC,<br><br>　　　　Defendant(s). | No.   C07-3540 BZ<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the pretrial scheduling order, pretrial papers were due on June 4, 2008, to enable the court and the parties to prepare for the pretrial conference scheduled for June 24, 2008.  Neither side filed yet any of the required papers.  Each party is therefore **ORDERED** to show cause at the pretrial conference on **June 24, 2008 at 4:00 p.m.** why it should not be held in contempt or otherwise sanctioned pursuant to Rule 16(f) for failing to comply with the court's pretrial scheduling order.

Dated:  June 6, 2008

　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ONE BEACON\ORDER TO SHOW CAUSE.wpd

1