1  COUNTRYMAN & McDANIEL
   MICHAEL S. McDANIEL   [State Bar No. 66774]
2  cargolaw@aol.com
   GEOFFREY W. GILL     [State Bar No. 163621]
3  gwg@cargolaw.com
   LAX Airport Center, Eleventh Floor
4  5933 West Century Boulevard
   Los Angeles, California  90045
5  Telephone:  (310) 342-6500
   Facsimile:  (310) 342-6505
6
   Attorneys for defendant
7  HAAS INDUSTRIES, INC.

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11 ONE BEACON INSURANCE COMPANY, )  CASE NO. 3:07-CV-03540-BZ
   a corporation,                )
12                               )  [PROPOSED] ORDER EXTENDING
             Plaintiff,          )  TIME TO ACCOMPLISH PRE-TRIAL
13                               )  OBLIGATIONS
        vs.                      )
14                               )
   HAAS INDUSTRIES, INC., a      )
15 corporation,                  )
                                 )
16           Defendants.         )
                                 )
17 _____)

18      ~~Good cause having been shown,~~ it is hereby ORDERED that the
19 parties by their counsel file all documents and otherwise
20 accomplish those obligations, imposed by the court's Order
21 Scheduling Court Trial and Pre-trial Matters, to have been
22 fulfilled no less than twenty (20) days prior to the June 23, 2008
23 pre-trial conference, on or before Thursday, June 12, 2008. The
24 parties otherwise are to comply with the Order Scheduling Court
25 Trial and Pre-trial Matters.

26

27 Dated: June 6 , 2008                    /s/ Bernard Zimmerman
                                           _____
28                                         United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]

- 1 -

L:\Cases\HAAS\One Beacon\Proposed Order.wpd            [PROPOSED] ORDER