UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>HAAS INDUSTRIES, INC,<br><br>Defendant(s). | No.   C07-3540 BZ<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

The pretrial conference presently scheduled for Tuesday, June 24, 2008 is **continued** to **Thursday, June 26, 2008 at 4:00 p.m.**  The order to show cause will be heard at that time. The pretrial scheduling order otherwise remains in full force and effect.

Dated:   June 6, 2008

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ONE BEACON\ORDER CONTINUING PRETRIAL CONF and OSC.wpd

1