Total Time (Hrs): **1.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** June 11, 2008
**TITLE:** One Beacon -v- Haas Industries           **CASE #:** C-07-3540 BZ

### APPEARANCES:

**FOR PLAINTIFF:**                                  **FOR DEFENDANT:**

James Attridge                                      Geoffrey W. Gill
Victor A. Segovia

**Deputy Clerk:** Brenda Tolbert                    **FTR:**

### PROCEEDINGS:

___   Case Management
___   Further Case Management
___   Status Conference
___   Pretrial Conference
 X    Settlement Conference (Length: 1.5 Hr/s.)
___   Evidentiary Hearing
___   Examination of Judgment Debtor
___   Motions
___   Other:

### ORDER/RESULTS:

**Settlement Conference Held.  Parties Unable to Settle**

**Case Continued To:** _____   **For:** _____
**Case Referred To:**    BZ                        **For:**   Trial/Setting

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda,  Other: