UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>  v.<br><br>HAAS INDUSTRIES, INC,<br><br>    Defendant(s). | No.  C07-3540 BZ<br><br>**CLERK'S NOTICE CONTINUING PRETRIAL CONFERENCE AND ORDER TO SHOW CAUSE HEARING** |

The pretrial conference presently scheduled for Thursday, June 26, 2008 at 4:00 p.m. is **CONTINUED** to **Tuesday, July 1, 2008 at 8:30 a.m.** The order to show cause will **also** be heard at that time. The pretrial scheduling order otherwise remains in full force and effect.

Dated:  June 16, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\ONE BEACON\CLERKS NOTICE CONTINUING PRETRIAL CONF and OSC.wpd

1