**COUNTRYMAN & McDANIEL**
MICHAEL S. McDANIEL   [State Bar No. 66774]
cargolaw@aol.com
GEOFFREY W. GILL     [State Bar No. 163621]
gwg@cargolaw.com
LAX Airport Center, Eleventh Floor
5933 West Century Boulevard
Los Angeles, California  90045
Telephone: (310) 342-6500
Facsimile: (310) 342-6505

Attorneys for defendant
HAAS INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, a corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>HAAS INDUSTRIES, INC., a corporation,<br><br>      Defendants. | CASE NO. 3:07-CV-03540-BZ<br><br>**DECLARATION OF GEOFFREY W. GILL RE: ORDER TO SHOW CAUSE**<br><br>Date:       June 26, 2008<br>Time:       4:00 p.m.<br>Courtroom:  Courtroom G<br>Hon. Bernard Zimmerman |

   1.   At all times relevant, I have been an attorney at law, duly admitted to practice before this court as well as federal and state courts in the states of California, New York and Florida. As "Of Counsel" to the law firm Countryman & McDaniel, Counsel for defendant Haas Industries, Inc., I am the attorney responsible for handling the above captioned matter.  I respectfully submit this declaration in reference to the order to show cause returnable at the pre-trial conference of this matter, set for June 26, 2008.

- 1 -

2. On Thursday, June 5, 2008, in reviewing the file of this matter, I realized to my great embarrassment I, as well as plaintiff's counsel, had missed the date set for filing various pre-trial papers twenty (20) days before the originally set June 23, 2008 pre-trial conference. I immediately placed a call to plaintiff's counsel, James Attridge, in the expectation that he and I could agree upon an approach most likely to mitigate further inconvenience to the court arising from this oversight and propose that approach in some manner to the court. Before hearing back from Mr. Attridge, I received a call from the court's clerk and upon discussing the matter with her, submitted a motion for an extension of time within which to file the requisite pre-trial papers. Mr. Attridge agreed with this approach.

3. Fortunately, this case has been characterized by amicably professional dealings between Mr. Attridge and myself, and we have been able, notwithstanding that the case has not settled, to agree on numerous issues thereby minimizing the need for any judicial intervention. Following the June 11, 2008 mediation, we agreed upon limiting issues for trial, for example, excluding the issue of reasonableness of the Haas limitation that had been submitted as an issue in plaintiff's motion for summary judgment.

4. As a result of further discussions with the court, the court permitted the parties to file their pre-trial papers on Friday, June 13, 2008. Mr. Attridge and I agreed that defendant would undertake the preparation and submission of the joint pre-trial conference statement and plaintiff's counsel would coordinate

- 2 -

and file the exhibits.

5.  My failure to adhere to the court's originally set schedule was inadvertent and attributable to oversight on my part. I do regret and apologize to the court for any inconvenience resulting.  In consequence of this uncharacteristic oversight, I have reassessed and tightened my personal calendaring procedures.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed at Los Angeles, California on June 23, 2008.

_____
GEOFFREY W. GILL

L:\Cases\HAAS\One Beacon\Gill Declaration.wpd
GEOFFREY W. GILL DECLARATION