# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

Case No. **C07-3540 BZ**          Case **Name: One Beacon Ins. Co. v. Haas Industries, Inc.**

Date: July 1, 2008          Time: 8:30 a.m. - 2:30 p.m.

**The Honorable BERNARD ZIMMERMAN**

**Clerk:** Lashanda Scott          **Court Reporter:** Sahar McVickar

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| **James Attridge** | **Geoffrey W. Gill** |

Trial Began: **7/1/2008**          Further Trial: _____

**Trial Motions Heard:**          **Disposition**

1. Pretrial Conference                              Matter Held
2. Order To Show Cause Hearing         Discharged
3.

Other:
Court issued the Pretrial Conference Order. Plaintiff's witness, Denny Bell not present for court trial. Plaintiff opening statement. Plaintiff's witness sworn - Consuela (Connie) Siller. Defendant's witness sworn - Carmen Marie Holster. Plaintiff closing argument. Defendant closing argument. Court Trial Completed. Matter taken under submission. Court will prepare an Order.

Verdict:

Disposition of Exhibits:

Counsel stipulated to the following joint exhibits as being marked and admitted:
A, B, C, D, E, F, G, H, I, J, K, L, M, N, P, Q, R, S, T, U, V, W, X, Y, Z.