UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Case No: **C07-3540 BZ**
Case Name: **One Beacon Insurance Company v. Haas Industries, Inc.**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| MAGISTRATE JUDGE BERNARD ZIMMERMAN | PLAINTIFF ATTORNEY: James Attridge | DEFENSE ATTORNEY: Geoffrey W. Gill |
|---|---|---|
| TRIAL DATE: 7/01/2008 | REPORTER(S): Sahar McVickar | CLERK: LASHANDA SCOTT |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7/1/2008 | | | | |
| | | 8:37 a.m. | | | Judge cried in. | |
| | | 8:38 a.m. | | | Pretrial Conference. All witnesses shall be sequestered. | |
| | | | | | Plaintiff's witness, Connie Siller will not arrive until 1:00 p.m. | |
| | | | | | due to a scheduling conflict. | |
| | | | 7/1 | 7/1 | Discussion re Joint Exhibit V - marked and admitted | |
| | | | | | Discussion re Joint Exhibit M, R, S, T, and U. | |
| | | 8:44 a.m. | | | Court issued Pre Trial Conference Order | |
| | | | | | Plaintiff's witness, Denny Bell not present at this time for | |
| | | | | | court trial. | |
| | | 9:04 a.m. | | | Court Recess until 9:15 a.m. | |
| | | 9:18 a.m. | | | Court resumes | |
| | | | | | The Court discharged the Order To Show Cause. | |
| | | 9:23 a.m. | | | Defendant's witness sworn - Carmen Marie Holster | |
| | | 9:27 a.m. | 7/1 | 7/1 | Joint Exhibit F - marked | |
| | | 9:27 a.m. | 7/1 | 7/1 | Joint Exhibit A - marked | |
| | | 9:30 a.m. | 7/1 | 7/1 | Joint Exhibit F - marked | |
| | | 9:32 a.m. | | | Append blank form to Exhibit F | |
| | | 9:33 a.m. | | | Foundation Required | |
| | | 9:34 a.m. | | | Joint Exhibit G - marked | |
| | | 9:40 a.m. | | | Joint Exhibit B - marked | |
| | | 9:41 a.m. | | | Joint Exhibits B (previously marked) and C - marked | |

Case No:  **C07-3540 BZ**
Case Name: **One Beacon Insurance Company v. Haas Industries, Inc.**
Date: **7/1/2008**
Courtroom Deputy:  **Lashanda Scott** - Court Reporter: **Sahar McVickar**
**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:45 a.m. | | | Joint Exhibit R - marked | |
| | | 9:47 a.m. | | | Joint Exhibit F - marked | |
| | | 9:47 a.m. | | | Joint Exhibit B - previously marked | |
| | | 9:48 a.m. | | | Joint Exhibit V - marked | |
| | | 9:48 a.m. | | | Joint Exhibit F - previously marked | |
| | | 9:51 a.m. | | | Joint Exhibit I - marked | |
| | | 9:52 a.m. | | | Joint Exhibits I and F - previously marked | |
| | | 9:53 a.m. | | | Joint Exhibit D - marked | |
| | | 9:54 a.m. | | | Joint Exhibit P - marked (objection) | |
| | | 9:55 a.m. | | | Joint Exhibit E - marked | |
| | | 9:56 a.m. | | | Joint Exhibit D - previously marked | |
| | | 9:58 a.m. | | | Joint Exhibit E - previously marked | |
| | | 9:58 a.m. | | | Joint Exhibit D - previously marked | |
| | | 9:59 a.m. | | | Joint Exhibit F -previously marked | |
| | | 10:00 a.m. | | | Joint Exhibit P - marked | |
| | | 10:01 a.m. | | | Joint Exhibit I - previously marked | |
| | | 10:02 a.m. | | | Joint Exhibits B, D, and V - previously marked | |
| | | 10:03 a.m. | | | Joint Exhibit B - previously marked | |
| | | 10:04 a.m. | | | Joint Exhibit K - marked | |
| | | 10:05 a.m. | | | Joint Exhibit G - previously marked | |
| | | 10:06 a.m. | | | Joint Exhibit N - marked | |
| | | 10:09 a.m. | | | Joint Exhibit F - previously marked | |
| | | 10:09 a.m. | | | Joint Exhibit H - marked | |
| | | 10:11 a.m. | | | Defendant finished | |
| | | | | | Court recess until 10:22 a.m. | |
| | | 10:23 a.m. | | | Plaintiff cross examination of witness Carmen M. Holster | |
| | | 10:27 a.m. | | | Joint Exhibit J and L - marked | |

Case No: **C07-3540 BZ**
Case Name: <u>One Beacon Insurance Company v. Haas Industries, Inc.</u>
<u>Date: 7/1/2008</u>
<u>Courtroom Deputy: Lashanda Scott - Court Reporter: Sahar McVickar</u>
**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:27 a.m. | | | Joint Exhibit L - marked | |
| | | 10:28 a.m. | | | Joint Exhibit G - previously marked | |
| | | 10:30 a.m. | | | Joint Exhibit D - previously marked | |
| | | 10:30 a.m. | | | Joint Exhibit N - previously marked | |
| | | 10:31 a.m. | | | Joint Exhibit D - previously marked | |
| | | 10:32 a.m. | | | Joint Exhibit I - previously marked | |
| | | 10:35 a.m. | | | Joint Exhibit D - previously marked | |
| | | 10:35 a.m. | | | Joint Exhibit Q - marked | |
| | | 10:39 a.m. | | | Joint Exhibit C - previously marked | |
| | | 10:40 a.m. | | | Joint Exhibit M - marked | |
| | | | | | Joint Exhibit G - previously marked | |
| | | 10:42 a.m. | | | Joint Exhibit N - previously marked | |
| | | 10:44 a.m. | | | Joint Exhibit W - marked | |
| | | 10:45 a.m. | | | Joint Exhibit X - marked | |
| | | 10:45 a.m. | | | Joint Exhibit Y - marked | |
| | | 10:56 a.m. | | | Joint Exhibit B - previously marked | |
| | | 10:56 a.m. | | | Joint Exhibit C - previously marked | |
| | | 10:57 a.m. | | | Plaintiff finished | |
| | | 10:57 a.m. | | | Defendant redirect of witness Holster | |
| | | | | | Joint Exhibits B,C, V, E - previously marked | |
| | | 11:00 a.m. | | | Joint Exhibit D - previously marked | |
| | | 11:00 a.m. | | | Plaintiff re-cross of witness Holster | |
| | | 11:01 a.m. | | | Plaintiff finished | |

Page 3

Case No: **C07-3540 BZ**
Case Name: **One Beacon Insurance Company v. Haas Industries, Inc.**
Date: **7/1/2008**
Courtroom Deputy: **Lashanda Scott** - Court Reporter: **Sahar McVickar**
**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:01 a.m. | | | witness excused | |
| | | 11:01 a.m. | | | Defendant rest | |
| | | 11:01 a.m. | | | Plaintiff opening statement | |
| | | | | | Joint Exhibits W, X, Y - admitted | |
| | | 11:06 a.m. | | | Court recess until 1:00 p.m. | |
| | | 1:10 p.m. | | | Plaintiff's witness sworn - Consuela (Connie) Siller | |
| | | 1:11 p.m. | | | Joint Exhibit D - previously marked | |
| | | 1:14 p.m. | | | Plaintiff finished | |
| | | 1:14 p.m. | | | Defendant cross examination of witness Siller | |
| | | 1:15 p.m. | | | Joint Exhibit E - previously marked | |
| | | 1:17 p.m. | | | Joint Exhibit F - previously marked | |
| | | 1:17 p.m. | | | Joint Exhibit N - previously marked | |
| | | 1:18 p.m. | | | Joint Exhibit K - previously marked | |
| | | 1:19 p.m. | | | Joint Exhibit N - previously marked | |
| | | 1:20 p.m. | | | Defendant finished | |
| | | 1:20 p.m. | | | Plaintiff no re-direct | |
| | | 1:20 p.m. | | | Court questions witness Siller | |
| | | 1:20 p.m. | | | witness Siller excused | |
| | | 1:21 p.m. | | | Plaintiff rest | |
| | | 1:22 p.m. | | | Court trial concluded with testimony | |
| | | | | | Counsel stipulate that all Exhibits are admitted except for Joint Exhibit O. Joint Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, P, Q, R, S, T, U, V, W, and X are admitted. | |
| | | 1:23 p.m. | | | Defendant closing argument | |
| | | 1:35 p.m. | | | Defendant finished | |
| | | 1:35 p.m. | | | Plaintiff closing argument | |
| | | 2:09 p.m. | | | Plaintiff finished | |

Case No: **C07-3540 BZ**
Case Name: **One Beacon Insurance Company v. Haas Industries, Inc.**
Date: **7/1/2008**
Courtroom Deputy: **Lashanda Scott - Court Reporter: Sahar McVickar**
**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:09 p.m. | | | Court questions counsel | |
| | | 2:30 p.m. | | | Matter Taken Under Submission. Court will issue an order. | |