**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **6/26/08**

**C - 07-3540 BZ**                       Time: 4:03p.m. to 4:15 p.m.

**One Beacon Insurance Company v. Haas Industries, Inc.**

Attorneys:   Pltf: James Attridge
             Def: Geoffrey W. Gill

Deputy Clerk: **Simone Voltz**

**PROCEEDINGS:**                                               **RULING:**

1. Pretrial Conference                                          Matter Held
2. _____                      _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**

( x ) ORDER TO BE PREPARED BY:   Pltnf_____   Deft_____   Court_x_

(  ) Referred to Magistrate For:

( x ) CASE CONTINUED TO 7/ 1/08            for 8:30A.M.

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                                  Type of Trial:  (  )Jury    (  )Court
Notes: _____