UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, | |
| Plaintiff(s), | No.  C07-3540 BZ |
| v. | **JUDGMENT** |
| HAAS INDUSTRIES, INC, | |
| Defendant(s). | |

This action came on for trial before the court on July 1, 2008.  The issues having been duly tried and Findings of Fact and Conclusions of Law having been duly rendered, **IT IS ORDERED, ADJUDGED** and **DECREED** that the plaintiff OneBeacon Insurance Company take nothing, that the action be dismissed on the merits, and that the defendant Haas Industries, Inc. recover of the plaintiff its costs of the action.

Dated:  July 11, 2008

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ONE BEACON\JUDGMENT.wpd

1