UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ONEBEACON INSURANCE COMPANY, a corporation, <br><br>            Plaintiff, <br><br>    vs. <br><br> HAAS INDUSTRIES, INC., a corporation, <br><br>            Defendants. | CASE NO. 3:07-CV-03540-BZ <br><br> [PROPOSED] ORDER |

This matter having come on for hearing and counsel having been heard, and the authorities and arguments of counsel having been duly considered

IT IS ORDERED THAT:

1.  Defendant Haas Industries' Motion for attorney fees is GRANTED; and

2.  Plaintiff OneBeacon Insurance Company shall pay to Countryman & McDaniel, for and on behalf of Haas Industries'

- 1 -

- 2 -

1  interests, the sum of FORTY-SIX THOUSAND TWO HUNDRED 00/xx Dollars
2  ($46,200.00) within 14 days of the date of this Order.
3
4  Dated:     September __, 2008
5
6                                          _____
                                            United States Magistrate Judge