UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY,<br><br>      Plaintiff(s),<br><br>  v.<br><br>HAAS INDUSTRIES, INC,<br><br>      Defendant(s). | No.  C07-3540 BZ<br><br>**BRIEFING ORDER** |

Having received defendant's motion for attorney fees scheduled for hearing on September 17, 2008, **IT IS HEREBY ORDERED** as follows:

    1.  Any opposition shall be filed by **August 13, 2008**; and

    2.  Defendant's reply, if any, shall be filed by **August 20, 2008**;

Dated: July 30, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ONE BEACON\BRIEFING ORDER.wpd

1