ORIGINAL

1  JAMES ATTRIDGE (SBN124003)
   LAW OFFICE OF JAMES ATTRIDGE
2  1390 Market Street, Suite 1204
   San Francisco, CA 94102
3  Telephone: (415) 552-3088
   Facsimile: (415) 522-0513
4
   Attorney for Plaintiff One Beacon Insurance
5  Company

6

7

8                      UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO
10

11
   ONE BEACON INSURANCE COMPANY, a        CASE NO. C-07-3540 BZ
12 corporation

13             Plaintiff,                  **NOTICE OF APPEAL TO THE UNITED
                                           STATES COURT OF APPEALS FOR**
14 v.                                      **THE NINTH CIRCUIT**

15 HAAS INDUSTRIES, INC., a corporation

16             Defendants

17

18

19     One Beacon Insurance Company, the plaintiff herein, appeals to the United States

20 Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered

21 in this case on July 11, 2008 and all interlocutory orders that gave rise to that judgment,

22 including but not limited to the denial of plaintiff's motion for summary judgment and its

23 findings of fact and conclusions of law.

24 Dated August 8, 2008

25

26

27                                         James Attridge, for plaintiff

28

                                    1