1  JAMES ATTRIDGE [SBN NO. 124003]
   Business Trial Lawyer
2  The Fox Plaza, Suite 1204
   1390 Market Street
3  San Francisco, CA  94102
   Telephone:     (415) 552-3088
4
   Attorney for Plaintiff
5  ONEBEACON INSURANCE COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 ONEBEACON INSURANCE COMPANY,       | Case No:  C-07-3540 BZ

12         Plaintiff(s),               | OPPOSITION TO DEFENDANT HAAS
                                       | INDUSTRIES, INC.'S MOTION FOR
13    v.                               | ATTORNEY FEES

14 HAAS INDUSTRIES, INC.,

15         Defendant(s).               | Date:      July 1, 2008
                                       | Time:      9:00 a.m.
16                                     | Courtroom: Courtroom G

17

18    Requests for attorneys' fees are not allowed if they are not requested in the initial

19 pleadings.  In Re: American Casualty Co., 851 F.2d 794, 802 (6th Cir. 1988); Western Casualty

20 & Surety v. Southwestern Bell Tel. Co., 396 F.2d 351, 356 (8th Cir. 1968).  This is particularly

21 true where there is no right to fees inherent in the claim upon which the request is predicated.

22 Wilson v. William Hall Chevrolet, Inc., 871 F.Supp. 279 (S.D. Miss. 1994)  Attorneys' fees are

23 not recoverable in Carmack cases.  Accura Systems v. Watkins, 98 F.3d 874 (5th Cir. 1996);

24 Polygram Group Distribution Inc. v. Transus, Inc., 990 F.Supp. 1454 (N.D. Ga 1997)

25 ///

26 ///

27 ///

28 ///

Under Rule 9(g) attorneys' fees must be requested in the answer in order for a defendant to apply for them. Schwarzer, Tashima & Wagstaff, <u>Federal Civil Procedure Before Trial</u>, p. 8-73, 8-113.

Haas did not do so.

Respectfully submitted

DATED: August 13, 2008    JAMES ATTRIDGE

By: _____/s/ James Attridge_____
JAMES ATTRIDGE
Attorney for Plaintiff
ONEBEACON INSURANCE COMPANY

2
OPPOSITION TO DEFENDANT HAAS INDUSTRIES. INC.'S MOTION FOR ATTORNEY FEES