## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **9/17/08**                                    Time: 10:00a.m.

**C -07-3540 BZ**

**OneBeacon Insurance Co.**  v **Haas Indutries, Inc.**

Attorneys:    Pltf. James Attridge    Deft. Geoffrey W. Gill

Deputy Clerk: **Simone Voltz**            Reporter:  **Juanita Gonzalez**

**PROCEEDINGS:**                                       **RULING:**

1. Deft's Motion for Attorneys Fees                          Held
2. _____      _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Deft has until close of business day, on Thursday 9/18/08, to submit reponse to references made to case law matter "O'Tool v. Genmar Holdings"
( x ) ORDER TO BE PREPARED BY:   Pltf_____  Deft_____  Court_x_

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Pltf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date_____  Trial Date_____  Set for _____ days
                                          Type of Trial:  ( )Jury    ( )Court
Notes: Parties were given a draft of the Tentative Ruling on the Motion during the hearing.