UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONE BEACON INSURANCE )
COMPANY, )
 ) No.   C07-3540 BZ
          Plaintiff(s), )
 )
     v. ) **ORDER RE PROPOSED JUDGMENT**
 )
HAAS INDUSTRIES, INC, )
 )
          Defendant(s). )
_____ )

The Ninth Circuit has remanded this matter so that a judgment may be entered in favor of plaintiff in an amount consistent with defendant's limitation of liability. <u>OneBeacon Ins. Co. v. Haas Indus., Inc.</u>, 634 F.3d 1092 (9th Cir. 2011).  **IT IS THEREFORE ORDERED** that by **May 5, 2011** the parties shall meet and confer and file a joint proposal for a judgment consistent with the Ninth Circuit's order.  If the parties are unable to reach complete agreement after meeting and conferring, they may file separate proposals regarding the issues still in dispute.

Dated: April 21, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZ CONSENT CASES\BZCASES.3\ONE BEACON\ORDER RE PROPOSED JUDGMENTS.wpd

1