UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) No.  C07-3540 BZ ) ) |
| v. | ) **ORDER** ) |
| HAAS INDUSTRIES, INC., | ) ) |
| Defendants. | ) ) |

If One Beacon has any objection to the Court entering the proposed judgment submitted by Mr. Gill on May 5, 2011, it shall file its objection by May 23, 2011.  Otherwise, the proposed judgment will be entered.

Dated:  May 12, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ONE BEACON\ORDER RE PROPOSED JUDGMENT.wpd

1