UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HAAS INDUSTRIES, INC.,<br>Defendant | CASE NO. C07-3540 BZ<br><br>[PROPOSED] JUDGMENT |

The mandate of the Court of Appeals for the Ninth Circuit having been filed, and upon the Order Granting Motion for Attorneys' Fees, dated September 18, 2008, to which no appeal was taken,

It is Ordered and Adjudged that the plaintiff One Beacon Insurance Company recover of the defendant Haas Industries, Inc. the sum of $88.00 [EIGHTY EIGHT 00/00 DOLLARS] with interest thereon from July 5, 2005 at the cumulative rate of 31.85%, together with post judgment interest pursuant to 28 U.S.C. section 1961, and

- 1 -

1  It is further Ordered and Adjudged that the defendant Haas
2  Industries, Inc. recover of the defendant One Beacon Insurance
3  Company the sum of $46,200.00 [FORTY SIX THOUSAND 00/00 DOLLARS]
4  with interest thereon from September 18, 2008 at the cumulative
5  rate of 8.72%, together with post-judgment interest pursuant to 28
6  U.S.C., section 1961.

10  Dated: May 24 2011

BERNARD ZIMMERMAN
United States Magistrate Judge

- 2 -

L:\Cases\HAAS\One Beacon\Proposed Judgment.wpd
[PROPOSED] JUDGMENT